UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN BAKER,

                    Plaintiff,

        v.

WASHINGTON STATE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES et
al.,

                    Defendants.

CASE NO. 2:25-cv-02302-LK

ORDER GRANTING MOTION
FOR SERVICE

This matter comes before the Court on Plaintiff Justin Baker's motion for service of summons on the University of Washington Medical Center. Dkt. No. 33. For the reasons set forth below, the Court grants the motion.

The Court previously granted in part Mr. Baker's motion regarding service and directed the Clerk to send requests to waive service to some of the Defendants in this matter. Dkt. No. 32 at 4–5. However, the Court did not direct the Clerk to request a waiver of service from the University of Washington Medical Center at that time because Mr. Baker had not provided a summons for it. *Id.* at 4. The Court explained that "[s]hould Mr. Baker provide a corrected

ORDER GRANTING MOTION FOR SERVICE - 1

summons directed to the University of Washington Medical Center, he may file a new motion for service as to that entity." *Id.* Mr. Baker subsequently filed a summons directed to the University of Washington Medical Center. Dkt. No. 33-1. Defendants have not opposed this motion asking the Clerk to request a waiver of service from that entity, which the Court construes as an admission that the motion has merit. *See* LCR 7(b)(2).

Accordingly, the Court GRANTS Mr. Baker's motion for service, Dkt. No. 33, and ORDERS that:

1. The Clerk is directed to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) to the University of Washington Medical Center. To that Defendant, the Clerk shall send a copy of the amended complaint (Dkt. No. 14), a copy of the completed summons, Dkt. No. 33-1, a copy of this Order, two copies of the form request for waiver of service of summons, and a return envelope, postage prepaid, addressed to the Clerk's Office. *See* Fed. R. Civ. P. 4(d).

2. The Clerk is directed to retain the summons and a copy of the amended complaint in their file for future use.

3. The Clerk shall file returned waivers of service of summons as well as any requests for waivers that are returned as undelivered as soon as they are received.

4. Defendant University of Washington Medical Center shall respond to the amended complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a). A Defendant who fails to timely return the signed waiver may be personally served with a summons and complaint and may be required to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2).

Should Defendant not waive service, the Court will order service by the United States Marshal as necessary.

Dated this 1st day of April, 2026.

Lauren King
Lauren King
United States District Judge

ORDER GRANTING MOTION FOR SERVICE - 2